IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
|     MYRNA GOOCH PELHAM, | ) | Case No. 09-12150-WV |
| | ) | |
| | ) | Ch. 7 |
|     Debtor. | ) | |

**TRUSTEE'S REPORT OF UNCLAIMED FUNDS**

COMES NOW, LYLE R. NELSON, Trustee, of the above-captioned bankruptcy matter, pursuant to Rule 3010 Fed. R. Bankr. P. and reports to the Court Clerk the following are dividends in an amount under $5.00 and should be treated in the same manner as unclaimed funds.

| **CLAIMANT** | **AMOUNT** |
|---|---|
| Claim No. 5 | $1.54 |
| Morningstar ER Physicians | |
| 9301 South Western Avenue | |
| Oklahoma City, OK 73139 | |
| | |
| Total | $1.54 |

The check made payable to the U.S. Bankruptcy Court in the total amount of $1.54, will be deposited with the clerk into unclaimed funds.

DATE: March 28, 2011
                                                          s/ Lyle Nelson
                                                          Lyle R. Nelson, OBA#10914
                                                          Two Leadership Square
                                                          211 N. Robinson, Suite 1300
                                                           Oklahoma City, OK  73102
                                                          (405) 232-4021 Phone/(405) 232-3746 Fax
                                                          TRUSTEE

CERTIFICATE OF SERVICE

      I hereby certify that on the 28th day of March, 2011, a true and correct copy of the Trustee's Report of Unclaimed Funds was electronically served upon the following using the Court's CM/ECF system:

U.S. Trustee
Attorney Ethan B. Allen
Attorney Regan Strickland Beatty
Attorney Jennifer H. Kirkpatrick

      Further, I certify that on the 28th day of March, 2011, a true and correct copy of the Trustee's Report of Unclaimed Funds was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the addresses shown below:

Creditor
Morningstar ER Physicians
9301 South Western Avenue
Oklahoma City, OK 73139

                                                             s/ Lyle Nelson
                                                            Lyle R. Nelson